CLIFFORD E. YIN (State Bar No. 173159)
NA'IL BENJAMIN (State Bar No. 240354)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-cey@cpdb.com
          ef-nxb@cpdb.com

Attorneys for Trinity Protection Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY J. FERRANTINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRINITY PROTECTION SERVICES,<br><br>　　　　　Defendant. | Case No. C 09-03096-WHA<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER**<br><br>Hon. William H. Alsup |

**IT IS HEREBY** stipulated and agreed by and between the parties in the above captioned action that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all allegations, claims and prayers for relief in this litigation brought by Plaintiff, Anthony J. Ferrantino, against Trinity Protection Services, Inc., are hereby dismissed with prejudice and without costs or attorneys' fees according to the terms of the Confidential Settlement Agreement And General Release of Claims ("Settlement Agreement") attached hereto as Exhibit A to the [Proposed] Order, and incorporated by reference in that Order and thereby made fully a part of that Order.

/ / /

/ / /

/ / /

STIPULATED AND AGREED

DATED: October 26, 2009

By: _____
Anthony Ferrantino
Pro Per

DATED: October 26, 2009

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Na'il Benjamin
Attorney for Trinity Protection Services, Inc.

# ORDER

Pursuant to the Stipulation set forth above, and the terms and conditions of the Confidential Settlement Agreement And General Release of Claims ("Settlement Agreement") attached to this Order as Exhibit A and incorporated in this Order as if fully set forth herein, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice and without costs;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in and made fully part of this Order;

3. This Court shall retain jurisdiction over this matter for purposes of enforcing the terms and conditions of the Settlement Agreement.

The Clerk shall close this file.

Dated: October 28, 2009



Judge William Alsup
United States District Judge

IT IS SO ORDERED

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On October 26, 2009, I served true copies of the following document(s) described as

**STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND [PROPOSED] ORDER**

on the interested parties in this action as follows:

> Anthony J. Ferrantino
> 555 Bryant Street, #511
> Palo Alto, CA 94301

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 26, 2009, at San Francisco, California.

_____
Paulann Dymond